

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00865-CV

HARRY W. STURGES, Appellant

V.

SUNTRUST MORTGAGE, INC., Appellee

Appeal from the County Court at Law No. 1 of Galveston County. (Tr. Ct. No. CV-0071918).

**TO THE COUNTY COURT AT LAW NO. 1 OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 10th day of February, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellant, Harry W. Sturges. Accordingly, the Court **dismisses** the appeal.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 10, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

